FILED
2018 Feb-21  AM 10:14
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| ABOLGHASSEM MOHAMMADIPOUR, et al., | } } } |
| Plaintiffs, | } } Case No.: 2:17-cv-01014-RDP |
| v. | } } |
| LIBERTY MUTUAL FIRE INSURANCE COMPANY, | } } } |
| Defendant. | } |

## ORDER OF DISMISSAL

In accordance with the parties' Joint Stipulation of Dismissal with Prejudice (Doc. # 28), filed February 20, 2018, the court hereby **ORDERS** that this action shall be, and is, **DISMISSED WITH PREJUDICE**. The parties are to bear their own costs, expenses, and attorney's fees.

**DONE** and **ORDERED** this February 20, 2018.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE